IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVILIO VIRGILIO ALQUI CHOC,<br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, et. al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-1450 |

**ORDER OF COURT**

AND NOW, this 19th day of August, 2026, upon consideration of the second petition for habeas relief (ECF No. 1)[1], and Notice of Suggestion of Mootness (ECF No. 5), in which Respondents report that Petitioner Evilio Virgilio Alqui Choc voluntarily departed the United States on August 5, 2026, IT IS HEREBY ORDERED that the petition is DENIED AS MOOT. *See Lindaastuty v. Attorney General*, 186 F. App'x 294, 298 (3d Cir. 2006) (because the petitioner is no longer in custody, any challenge to detention is moot). The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

[1] The court granted in part the petition filed at Civil No. 26-1295.